CAMPBELL & WILLIAMS
PHILIP R. ERWIN, ESQ. (11563)
pre@cwlawlv.com
SAMUEL R. MIRKOVICH, ESQ. (11662)
srm@cwlawlv.com
710 South Seventh Street, Suite A
Las Vegas, Nevada 89101
Telephone: (702) 382-5222
Facsimile: (702) 382-0540

*Attorneys for Defendant*
*SG Gaming, Inc.f/k/a Bally Gaming, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RES Exhibit Services, LLC,<br><br>                    Plaintiff,<br>vs.<br><br>SG Gaming, Inc. f/k/a Bally Gaming, Inc.<br><br>                    Defendant, | CASE NO.:  2:21-cv-01953-APG-EJY<br><br>**STIPULATION AND [PROPOSED]  ORDER TO EXTEND DEADLINE RE: DEFENDANT'S ANSWER TO COMPLAINT**<br><br>**(First Request)** |

      The undersigned counsel of record for Plaintiff RES Exhibit Services, LLC and Defendant SG Gaming, Inc. f/k/a Bally Gaming, Inc. ("SG Gaming") hereby stipulate to extend the deadline for SG Gaming's responsive pleading from November 17, 2021 to December 13, 2021.

      This is the parties' first request to extend this deadline. This request is not made for the purpose of delay.

. . . .

. . . .

. . . .

. . . .

. . . .

1

IT IS SO STIPULATED.

Dated this 1st of November, 2021.

CAMPBELL & WILLIAMS

By:*/s/ Philip R. Erwin*
PHILIP R. ERWIN, ESQ. (11563)
710 South Seventh Street, Suite A
Las Vegas, Nevada 89101

*Attorneys for SG Gaming, Inc. f/k/a Bally Gaming, Inc.*

Dated this 1st of November, 2021.

RICE REUTHER SULLIVAN & CARROLL, LLP

By: */s/ Anthony J. DiRaimondo*
DAVID A. CARROLL, ESQ. (7643)
ANTHONY J. DIRAIMONDO, ESQ. (10875)
ROBERT E. OPDYKE, ESQ. (12841)
3800 Howard Hughes Parkway, Suite 1200
Las Vegas, Nevada 89169
-and-
CHAD W. FLANSBURG, ESQ.
*(Pro Hac Vice)*
PHILLIPS LYTLE LLP
28 East Main Street, Suite 1400
Rochester, New York 14614-1935

*Attorneys for RES Exhibit Services, LLC.*

IT IS SO ORDERED:

By _[signature]_
UNITED STATES MAGISTRATE JUDGE

DATED: November 1, 2021