CAMPBELL & WILLIAMS
PHILIP R. ERWIN, ESQ. (11563)
pre@cwlawlv.com
SAMUEL R. MIRKOVICH (11662)
srm@cwlawlv.com
ARIANA N. REED (15310)
anr@cwlawlv.com
710 South Seventh Street, Suite A
Las Vegas, Nevada 89101
Telephone: (702) 382-5222
Facsimile: (702) 382-0540

*Attorneys for Defendant
LNW Gaming, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RES EXHIBIT SERVICES, LLC, a New York limited liability company;<br><br>Plaintiff,<br><br>vs.<br><br>LNW GAMING, INC. f/k/a SG GAMING, INC. f/k/a BALLY GAMING, INC., a Nevada corporation,<br><br>Defendant, | CASE NO.: 2:21-cv-01953-APG-EJY<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO COUNTERCLAIM AND SET BRIEFING SCHEDULE**<br><br>**(FIRST REQUEST)** |
| LNW GAMING, INC. f/k/a SG GAMING, INC. f/k/a BALLY GAMING, INC., a Nevada corporation;<br><br>Counterclaimant,<br>vs.<br><br>RES EXHIBIT SERVICES, LLC; a New York limited liability company; JAMES LEONARDO, an individual; JERI WIEDEMER, an individual; and ROBERT REYES, an individual,<br><br>Counterdefendants. | |

1

Pursuant to LR IA 6-1, Defendant/Counterclaimant LNW Gaming, Inc. f/k/a SG Gaming, Inc. f/k/a Bally Gaming, Inc. ("LNW Gaming") and Counterdefendants Jeri Wiedemer ("Wiedemer") and Robert Reyes ("Reyes") (collectively, the "Parties"), by and through their undersigned counsel of record, hereby request and stipulate to the entry of an order to extend Wiedemer's and Reyes's time to respond to LNW Gaming's Counterclaim (ECF No. 62) and set a briefing schedule on their forthcoming motions to dismiss.

1. Pursuant to the Court's Order granting leave to amend (ECF No. 60), LNW Gaming filed its Counterclaim on October 3, 2023 (ECF No. 62).

2. Wiedemer and Reyes each accepted service of the Counterclaim and Summons on October 11, 2023 (ECF Nos. 69-70), and notified LNW Gaming they each intend to file separate motions to dismiss in response to the Counterclaim.

3. The Parties, in turn, agreed to extend Wiedemer's and Reyes's time to respond to the Counterclaim until November 20, 2023 and to set the following briefing schedule on their respective motions to dismiss:

| BRIEF | DUE DATE |
| --- | --- |
| Motions to Dismiss | November 20, 2023 |
| Opposition | December 11, 2023 |
| Replies | December 22, 2023 |

. . . . .

. . . . .

. . . . .

. . . . .

. . . . .

. . . . .

2

IT IS SO STIPULATED.

Dated this 25th day of October, 2023.                    Dated this 25th day of October, 2023.

CAMPBELL & WILLIAMS                                      FLANGAS LAW GROUP

By: */s/ Philip R. Erwin*                                By: */s/ Kimberly P. Stein*
PHILIP R. ERWIN, ESQ. (11563)                            KIMBERLY P. STEIN, ESQ. (8675)
SAMUEL R. MIRKOVICH (11662)                              3275 South Jones Blvd., Suite 105
ARIANA N. REED (15310)                                   Las Vegas, Nevada 89146
710 South Seventh Street, Suite A
Las Vegas, Nevada 89101                                  *Attorneys for Robert Reyes*

*Attorneys for LNW Gaming, Inc.*

Dated this 25th day of October, 2023.

PEEK LAW

By: */s/ Erica C. Medley*
J. STEPHEN PEEK, ESQ. (1758)
2209 Fiero Drive
Las Vegas, Nevada 89134

- and –

ERICA C. MEDLEY
HOLLAND & HART LLP
9555 Hillwood Dr., 2nd Floor
Las Vegas, Nevada 89134

*Attorneys for Jeri Wiedemer*

CAMPBELL & WILLIAMS
ATTORNEYS AT LAW
710 SOUTH SEVENTH STREET, SUITE A, LAS VEGAS, NEVADA 89101
Phone: 702.382.5222 • Fax: 702.382.0540
www.campbellandwilliams.com

**ORDER**

1. IT IS HEREBY ORDERED, ADJUDGED, and DECREED that the time for Counterdefendants Jeri Wiedemer and Robert Reyes to respond to LNW Gaming's Counterclaim shall be extended until November 20, 2023.

3. IT IS FURTHER ORDERED that the Parties shall comply with the following briefing schedule on Counterdefendants Jeri Wiedemer's and Robert Reyes's forthcoming Motions to Dismiss:

**MOTIONS TO DISMISS**

| BRIEF | DUE DATE |
| --- | --- |
| Motions to Dismiss | November 20, 2023 |
| Opposition | December 11, 2023 |
| Replies | December 22, 2023 |

**IT IS SO ORDERED.**

_____
U.S. MAGISTRATE JUDGE

DATED: October 26, 2023

4