# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RES EXHIBIT SERVICES, LLC, | Case No.: 2:21-cv-01953-APG-EJY |
| Plaintiff | **Order Striking Certificate of Interested Parties** |
| v. | |
| LNW GAMING, INC., et al., | |
| Defendants | |

I ORDER that defendant Jeri Wiedemer's certificate of interested parties (ECF No. 78) is STRICKEN for failure to comply with Federal Rule of Civil Procedure 7.1(a)(2). The certificate does not identify the citizenship of defendant Jeri Wiedemer as required by the amendment to that rule.

I FURTHER ORDER defendant Jeri Wiedemer to file a proper certificate of interested parties by December 11, 2023.

DATED this 27th day of November, 2023.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE