# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RES EXHIBIT SERVICES, LLC, | Case No.: 2:21-cv-01953-APG-EJY |
| Plaintiff | **Order** |
| v. | |
| LNW GAMING, INC., et al., | |
| Defendants | |

I ORDER that any party wishing to oppose counterdefendants' motion to stay case (ECF Nos. 84/85) must file a response by December 11, 2023. The reply must be filed by December 15, 2023.

DATED this 1st day of December, 2023.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE