UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| RES EXHIBIT SERVICES, LLC, a New York limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>LNW GAMING, INC. f/k/a SG GAMING, INC. f/k/a BALLY GAMING, INC., a Nevada corporation,<br><br>Defendant. | Case No. 2:21-cv-01953-APG-EJY<br><br><br><br>**ORDER** |
| LNW GAMING, INC. f/k/a SG GAMING, INC. f/k/a BALLY GAMING, INC., a Nevada corporation,<br><br>Counterclaimant,<br><br>v.<br><br>RES EXHIBIT SERVICES, LLC; a New York limited liability company; JAMES LEONARDO, an individual; JERI WIEDEMER, an individual; and ROBERT REYES, an individual,<br><br>Counterdefendants. | |

Pending before the Court is the parties' proposed Discovery Plan and Scheduling Order (ECF No. 103), through which the parties seek a 180 days discovery period measured from November 23, 2023. This filing references a pending Motion to Stay Discovery filed by Counterdefendant Jeri Wiedemer. The below Order does not substantively address the Motion to Stay Discovery originally filed on December 4, 2023 (ECF No. 89) except to the extent that Wiedemer's representations in the Discovery Plan may impose additional meet and confer requirements by the parties.

Accordingly, IT IS HEREBY ORDERED that the discovery plan and operative deadlines stated on pages 5 through 8 of the Discovery Plan and Scheduling Order (ECF No. 103) are GRANTED.

IT IS FURTHER ORDERED that the automatic response deadline generated by CMECF arising from the December 12, 2023 filing of a redacted version of the Motion to Stay Discovery (ECF No. 100) is void. The operative responsive deadline (December 18, 2023) remains in effect based on the December 4, 2023 filing of the Motion to Stay Discovery.

DATED this 13th day of December, 2023.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

2