UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RES EXHIBIT SERVICES, LLC, a New York limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>LNW GAMING, INC. f/k/a SG GAMING, INC. f/k/a BALLY GAMING, INC., a Nevada corporation,<br><br>Defendant. | Case No. 2:21-cv-01953-APG-EJY<br><br>**ORDER** |
| LNW GAMING, INC. f/k/a SG GAMING, INC. f/k/a BALLY GAMING, INC., a Nevada corporation,<br><br>Counterclaimant,<br><br>v.<br><br>RES EXHIBIT SERVICES, LLC; a New York limited liability company; JAMES LEONARDO, an individual; JERI WIEDEMER, an individual; and ROBERT REYES, an individual,<br><br>Counterdefendants. | |

Pending before the Court is Counterdefendant Jeri Wiedemer's Motion to Seal at ECF No. 106. Wiedemer seeks to seal and/or redact her Reply in Support of her Motion to Stay Discovery. However, Wiedemer did not file a redacted version of the document so the Court has no idea what it is she seeks to redact.

Accordingly, IT IS HEREBY ORDERED that the Motion to Seal (ECF No. 106) is DENIED without prejudice. Counterdefendant Jeri Wiedemer may refile the Motion to Seal at the same time she files the proposed redacted version of her Reply, which she must do no later than **December 20, 2023.**

DATED this 15th day of December, 2023.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE