UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| RES EXHIBIT SERVICES, LLC, a New York limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>LNW GAMING, INC. f/k/a SG GAMING, INC. f/k/a BALLY GAMING, INC., a Nevada corporation,<br><br>Defendant.<br><br>LNW GAMING, INC. f/k/a SG GAMING, INC. f/k/a BALLY GAMING, INC., a Nevada corporation,<br><br>Counterclaimant,<br><br>v.<br><br>RES EXHIBIT SERVICES, LLC; a New York limited liability company; JAMES LEONARDO, an individual; JERI WIEDEMER, an individual; and ROBERT REYES, an individual,<br><br>Counterdefendants. | Case No. 2:21-cv-01953-APG-EJY<br><br>**ORDER** |

Pending before the Court is the Motion to Seal and Redact Plaintiff-Counterdefendants RES Exhibit Services, LLC and James Leonardo's Reply in Support of Emergency Motion to Stay this Action. ECF No. 110. The redactions in the Reply in Support of the Emergency Motion to Stay this Action comply with the good cause standard established in *Kamakana v. City and Cnty. of Honolulu*, 447 F.3d 1172 (9th Cir. 2006)

Accordingly, IT IS HEREBY ORDERED that the Motion Seal and Redact Plaintiff-Counterdefendants RES Exhibit Services, LLC and James Leonardo's Reply in Support of Emergency Motion to Stay this Action. (ECF No. 110) is GRANTED.

1

IT IS FURTHER ORDERED that the Reply in Support of the Emergency Motion to Stay (ECF No. 109) is and will remain sealed.

DATED this 18th day of December, 2023.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

2