UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

RES Exhibit Servies, LLC,            )
                    Plaintiff,       )   Case No. 2:21-cv-01953-APG-EJY
        vs.                          )
SG Gaming, Inc.,                     )        ORDER TEMPORARILY
                    Defendant.       )        UNSEALING NOTES
                                     )
                                     )

On Friday, January 12, 2024, Paige Christian, Transcriber, received a Transcript Order form requesting a transcript of the Motion Hearing, held on January 10, 2024, from Anthony J. DiRaimondo of the Rice Reuther Sullivan & Carroll law firm, in which the proceeding was sealed.

**IT IS THE ORDER OF THE COURT** that the sealed transcript shall be unsealed for the limited purpose of providing a copy of the transcript as requested by Anthony J. DiRaimondo.

**IT IS FURTHER ORDERED** that the sealed transcript shall thereafter be resealed, and a certified copy of the transcript be delivered to the Clerk pursuant to 28, U.S.C., Section 753(b), until further order of this Court.

**IT IS FURTHER ORDERED** that the receiving party shall not disclose the sealed contents of the transcript of the proceedings to anyone other than the representatives of the parties directly concerned with this case.

DATED this __18th__ day of __January__, 2024.

_____
Elayna Youchah
United States Magistrate Judge