Chad W. Flansburg, Esq. (*Pro Hac Vice*)
CFlansburg@phillipslytle.com
**PHILLIPS LYTLE LLP**
28 East Main Street
Suite 1400
Rochester, New York 14614-1935
Telephone: (585) 238-2009
Facsimile: (585) 232-3141

-and-

David A. Carroll, Esq. (NSB #7643)
dcarroll@rrsc-law.com
Anthony J. DiRaimondo, Esq. (NSB #10875)
adiraimondo@rrsc-law.com
Robert E. Opdyke, Esq. (NSB #12841)
ropdyke@rrsc-law.com
**RICE REUTHER SULLIVAN & CARROLL, LLP**
3800 Howard Hughes Parkway, Suite 1200
Las Vegas, Nevada 89169
Telephone: (702) 732-9099
Facsimile: (702) 732-7110
*Attorneys for Plaintiff/Counterdefendant RES Exhibit Services, LLC
and Counterdefendants James Leonardo and Robert Reyes*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RES EXHIBIT SERVICES, LLC, a New York limited liability company, <br><br> Plaintiff, <br> vs. <br><br> LNW GAMING, INC. f/k/a SG GAMING, INC. f/k/a BALLY GAMING, INC., a Nevada corporation, <br><br> Defendant. | Case No.  2:21-cv-01953-APG-EJY |
| LNW GAMING, INC. f/k/a SG GAMING, INC. f/k/a BALLY GAMING, INC., a Nevada corporation, <br><br> Counterclaimant, <br> vs. <br><br> RES EXHIBIT SERVICES, LLC, a New York limited liability company; JAMES LEONARDO, an individual; JERI WIEDEMER, an individual; and ROBERT REYES, an individual, <br><br> Counterdefendants. | **STIPULATION AND ORDER TO REDACT PORTIONS OF TRANSCRIPT OF JANUARY 10, 2024 HEARING** |

1

The parties, by and through their undersigned respective counsel of record, hereby stipulate and agree as follows:

1. The Court previously entered an Order (ECF No. 91) providing guidance to the parties with respect to appropriate redactions for filings made in connection with the Motion to Stay Action and related filings, which reference the scope, substance, subject matter or direction of an ongoing criminal investigation.
2. On January 10, 2024, the Court held oral argument on the Motion to Stay Action, among other filings.
3. The Court allowed provisional sealing of the Transcript of Proceedings so the parties could meet and confer on whether redactions were necessary and, if so, whether they could agree on those redactions.
4. The parties have since met and conferred.
5. The parties have agreed upon certain redactions to the Transcript of Proceedings as reflected in Exhibit "1" attached to this Stipulation and Order.
6. Subject to the Court's approval, the parties stipulate and request that the Redacted Version of the Transcript of Proceedings, attached hereto as Exhibit "1," be filed by the Clerk as the publicly available version of the Transcript of Proceedings from the January 10, 2024 court hearing in this matter.
7. The parties submit that the proposed redactions comply with the requirements of the Court's prior Order (ECF No. 91) and the relevant case law. *Center for Auto Safety v. Chrysler Grp., LLC*, 809 F.3d 1092, 1096-97 (9th Cir. 2016) (applying good cause standard); *Kamakana v. City & County of Honolulu*, 447 F.3d 1172, 1179 (9th Cir. 2006) (applying compelling reasons standard).
8. Because the proposed redactions only reference the direction or scope of the ongoing criminal investigation, there does not appear to be a public interest in the redacted information that outweighs the need for its protection.

9. Further, the redactions are limited in nature and will not hinder the public's ability to understand the judicial process in relation to this dispute.

DATED: this 6th day of February, 2024

**RICE REUTHER SULLIVAN & CARROLL, LLP**

By: /s/ Anthony J. DiRaimondo
Anthony J. DiRaimondo, Esq.
3800 Howard Hughes Parkway
Suite 1200
Las Vegas, Nevada 89169

-and-

Chad W. Flansburg, Esq. (*Pro Hac Vice*)
28 East Main Street
Suite 1400
Rochester, New York 14614-1935

*Attorneys for Plaintiff/Counterdefendant RES Exhibit Services, LLC and Counterdefendants James Leonardo and Robert Reyes*

DATED: this 6th day of February, 2024

**CAMPBELL & WILLIAMS**

By: /s/ Philip S. Erwin
Philip R. Erwin, Esq.
710 South Seventh Street, Suite A
Las Vegas, NV 89101
*Attorneys for Defendant/Counterclaimant LNW Gaming, Inc. f/k/a SG Gaming, Inc. f/k/a Bally Gaming, Inc.*

DATED: this 6th day of February, 2024

**HOLLAND & HART LLP**

By: /s/ Erica C. Medley
Erica C. Medley, Esq.
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134
ecmedley@hollandart.com
*Attorneys for Counterdefendant Jeri Wiedemer*

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

Dated: February 6, 2024

3