UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| RES EXHIBIT SERVICES, LLC, a New York limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>LNW GAMING, INC. f/k/a SG GAMING, INC. f/k/a BALLY GAMING, INC., a Nevada corporation,<br><br>Defendant. | Case No. 2:21-cv-01953-APG-EJY<br><br>**ORDER** |
| LNW GAMING, INC. f/k/a SG GAMING, INC. f/k/a BALLY GAMING, INC., a Nevada corporation,<br><br>Counterclaimant,<br><br>v.<br><br>RES EXHIBIT SERVICES, LLC; a New York limited liability company; JAMES LEONARDO, an individual; JERI WIEDEMER, an individual; and ROBERT REYES, an individual,<br><br>Counterdefendants. | |

Pending before the Court is LNW Gaming, Inc.'s Motion to Seal Documents. ECF No. 176. There is a strong presumption of public access to judicial records. *Kamakana v. City and Cnty. of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006). However, public access is not absolute. *Id.* The party seeking to seal a judicial record bears the burden of overcoming the strong presumption of public access. *Id.* at 1178. To overcome this burden, "parties seeking to maintain the confidentiality of documents attached to non-dispositive motions must make a particularized showing of 'good cause' to overcome the presumption of public access." *Aevoe Corp. v. AE Tech. Co.*, Case No. 2:12-cv-00053-GMN, 2013 WL 2302310, at *1 (D. Nev. May 24, 2013) (quoting *Kamakana*, 447 F.3d at 1180); see also *Center for Auto Safety v. Chrysler Group, LLC*, 809 F.3d 1092, 1097 (9th Cir. 2016), *cert. denied*, 137 S.Ct. 38 (2016) (holding that "materials attached to a discovery motion

1

unrelated to the merits of the case" need only satisfy the good cause standard). The Court has reviewed the documents LNW Gaming seeks to seal and finds each meets the good cause standard for sealing.

Accordingly, IT IS HEREBY ORDERED that the Motion to Seal Documents (ECF No. 176) is GRANTED.

IT IS FURTHER ORDERED that Exhibits 2, 4, 7-10, 12-14, and 17-21 to ECF No. 175 are and shall remain sealed.

IT IS FURTHER ORDERED that the unredacted version of the Opposition to the Motion to Compel at ECF No. 175 shall remain sealed.

DATED this 5th day of May, 2025.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE