UNITED STATES DISTRICT COURT

ISTRICT OF NEVADA

* * *

| | |
|---|---|
| RES EXHIBIT SERVICES, LLC, a New York limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>LNW GAMING, INC. f/k/a SG GAMING, INC. f/k/a BALLY GAMING, INC., a Nevada corporation,<br><br>Defendant. | Case No. 2:21-cv-01953-APG-EJY<br><br><br>**ORDER APPOINTING HON. CARL W.**<br><br>**HOFFMAN (RET.) AS SPECIAL MASTER** |
| LNW GAMING, INC. f/k/a SG GAMING, INC. f/k/a BALLY GAMING, INC., a Nevada corporation,<br><br>Counterclaimant,<br><br>v.<br><br>RES EXHIBIT SERVICES, LLC; a New York limited liability company; JAMES LEONARDO, an individual; JERI WIEDEMER, an individual; and ROBERT REYES, an individual,<br><br>Counterdefendants. | |

Under Rule 53(b) of the Federal Rules of Civil Procedure, IT IS HEREBY ORDERED that due to other commitments the below matters cannot be effectively and timely addressed by the Court. Accordingly,

### *Appointment*

1.     All parties having received ample notice and opportunities to be heard regarding the appointment of a special master, and by virtue of agreement to such appointment by the parties (ECF No. 196), U.S. Magistrate Judge Carl W. Hoffman (Ret.) is appointed as the Special Master in this matter.

1

2.      The Special Master will determine whether the (a) attorney client privilege, and or (b) the work product doctrine applies to the documents listed on LNW Gaming Inc.'s[1] Privilege Log (filed at ECF No. 193-1), attached hereto as Exhibit 1.

3.      As represented by LNW, in April 2022, it produced to RES and Wiedemer all non-privileged attachments referenced in documents listed on the Privilege Log.  ECF No. 196 at 9. LNW must ensure that it makes unequivocally clear to the Special Master, RES, and Wiedemer, what has been produced and what it asserts remains non-discoverable by virtue of protections afforded under the attorney client privilege and work product doctrine.

### *Materials to be Provided to Special Master*

4.      Within five (5) court days of the entry of this Order, counsel for LNW must deliver to the Special Master (a) a copy of this Order, (b) a copy of the Privilege Log, and (c) a complete copy of the documents listed on the Privilege Log.  Within this same five (5) day period, RES and Wiedemer must each deliver to the Special Master a list of all documents appearing on the Privilege Log that they, in good faith, contend are neither privileged nor protected by the work product doctrine.  RES and Wiedemer are not to present argument, but are to simply identify, in very succinct terms, why each document does not warrant privilege or work product protection.  This means one or two sentences at most, as applicable to each document.

### *Commencement of Review*

5.      The Special Master will designate a commencement date for his review of the documents listed on the Privilege Log (the "Commencement Date") from which date the deadlines set forth below must be calculated.

### *Scope of Review*

6.      The Special Master will review the documents to determine whether they are in whole or in part protected from disclosure by the attorney client privilege or work product doctrine.  The Special Master will designate each document (or portion thereof) as discoverable and to be produced.

---

[1]      LNW Gaming Inc. is referred to herein as "LNW."  RES Exhibit Services, LLC, together with James Leonardo and Robert Reyes, are referred to as "RES."  Jeri Wiedemer is referred to herein as "Wiedemer."

Any document (or portion of document) not identified as discoverable will be identified as protected by privilege or the work product doctrine.

### *The Initial Report*

7.    Within 30 days of the Commencement Date, or as soon after the Commencement Date as reasonably possible, the Special Master will deliver an initial report (the "Initial Report") to the parties.  The Initial Report must include two lists: (a) a list of documents (or portions thereof) the Special Master finds discoverable and are therefore to be produced; and (b) a list of documents (or portions thereof) that remain non-discoverable based on privilege or the work product doctrine. Documents on each list must be identified by the Bates number assigned.

### *The Objection Process*

8.    A dispute, if any, over the scope of documents designated by the Special Master as discoverable will first be resolved by the Special Master.

    a.    Designation of documents as discoverable and to be produced, in whole or in part, will first be submitted to LNW's counsel for review.

    b.    Those documents designated to be produced in part (that is, produced with redactions), will be provided to LNW's counsel by the Special Master who will demark the discoverable and non-discoverable portions.

    c.    Those documents that are to be produced in whole, if any, need only be identified by Bates number.

    d.    The production to LNW's counsel should occur simultaneously or near simultaneously with the delivery of the Initial Report.

    e.    Upon receipt or identification of documents to be produced, LNW's counsel will have seven (7) days to submit a short written objection to the Special Master challenging the production designations.  LNW's written objection must be no more than five (5) pages in length.

    f.    If LNW contests the production of any documents, such counsel must, within the same seven (7) day period submit to counsel for RES and Wiedemer a log

identifying the documents designated as discoverable by the Special Master that LNW asserts should not be produced.

g.     Upon receipt of the log, RES and Wiedemer will have seven (7) days to submit to the Special Master their collective or individual responses demonstrating why documents on the log designated as discoverable should remain so designated. The responses must be no more than five (5) ages in length.

h.     To the extent RES and or Wiedemer seek to challenge the Special Master's determination that documents are protected by privilege or the work product doctrine, such challenge will be permitted after the "Final Report" (defined below) is issued.

i.     If the Special Master finds written submissions are insufficient to allow for a final determination as to what should be produced, the Special Master may set a hearing and a briefing schedule (if he so chooses), after which the Special Master will issue his Final Report.

### *The Final Report*

9.     After reaching his final decision, the Special Master will issue a final written report (the "Final Report") in which the documents to be produced and those to be withheld, in whole or in part, are identified.  The Special Master will submit a copy of the Final Report to each party within twenty-one (21) days of the hearing, if any, or as soon after the Initial Report is issued as possible. Any extension needed by the Special Master is granted without further contact with the Court.

### *Objections to Final Report*

10.     Objections to the Final Report (if any) must be filed with the Court and served on the opposing party no later than seven (7) days after the Final Report is received.  Objections may challenge what is and is not to be produced.  No responses to the opposing party's objections to the Final Report are permitted without leave of Court.  No documents are to be submitted *in camera* to the judge's chambers or under seal on the docket unless ordered by the Court.

### *LNW's Document Production*

11.     If no objection to the Final Report is filed with the Court, LNW must produce to RES and Wiedemer all documents in whole or redacted (as found appropriate by the Special Master)

found to be neither privileged nor work-product.  If a timely objection to the Final Report is filed with the Court, LNW must produce only those documents determined by the Special Master as properly produced not subject to objection.

Documents to be produced (those to which no objection is filed) must be delivered to RES and Wiedemer no later than seven (7) days after the objection due date.  The documents produced must be exactly as they appeared when identified in the Privilege Log and, as appropriate, delivered to the Special Master, unless a portion of a document is withheld or redacted.

### *Scope of the Special Master's Authority*

12.    The Special Master has all the powers granted under Rule 53(c) of the Federal Rules of Civil Procedure except that, absent a further order from the Court, the Special Master's determinations are limited to the issues described herein.

### *Ex Parte Communications*

13.    Ex parte communication between the Special Master and the parties is permitted to the extent necessary to effect the purpose of this Order.  The Special Master may also have ex parte communications with the Court.

### *Payment*

14.    RES and LNW will share the fees and costs, if any, charged by the Special Master. For his services in this matter, the Special Master will be paid the fee agreed upon by and between RES and LNW on the one hand and the Special Master on the other hand.  Remuneration for all work performed by the Special Master will be shared equally by RES and LNW.  The Special Master will submit his bills to RES and LNW, and RES and LNW must promptly comply with all payment obligations.  In the absence of compliance, the Special Master may cease all work and notify the Court of the non-compliance.

### *Requested Revisions to this Order*

15.    If either party seeks revisions to this Order, that party must first meet and confer in good faith, and toward the goal of resolution, with the opposing party or parties for the purposes of finding mutually agreed upon revisions.

If agreement is reached, the parties must submit to the Court their proposed changes together with a cover stipulation. The stipulation must identify by page and line number all proposed changes. If the changes are substantial, then clean and redline versions of the proposed changes must be filed on the docket as searchable PDFs, and a redline version of the proposed changes must be submitted to chambers in Word. Submissions to chambers are to be emailed to Emily_Santiago@nvd.uscourts.gov. All counsel are to be copied on the submission to chambers.

If agreement cannot be reached, the parties are to file a single document on the docket in which each party states its proposed changes. If the changes are ministerial or relatively minor, the parties need only identify the text by page and line number showing each proposed change. If the changes are more substantial, then the submission must be on the docket and to chambers as described above. The joint submission is not to include any argument; rather only a *brief* explanation by each party supporting the proposed change requested. Lengthy submissions with argument will be stricken by the Court. The need to cooperate and work toward agreement regarding the terms of this Order is highly encouraged.

DATED this 2nd day of September, 2025.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

6

# EXHIBIT 1

| Bates Beg | Bates End | Unitted Title | Sort Date | Date Sent | Email From | Email To | Email CC | Privilege Designation | Fact-finding re: Legal Advice | Direct Comm'ns w/Legal | Drafts of Report | Emails to Self re: Mark Docs | Produced @ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SG015752 | SG015753 | Re: Request | 6/25/19 13:11 | 6/25/19 13:11 | "Maxwell, Rick [Rick.Maxwell@scie ntificgames.com] | Lum, Conree [Conrea.Lum@sci entificgames.co m] | | Attorney Client Communications; Attorney Work Product | ☑ | ☐ | ☐ | ☐ | |
| SG015754 | SG015755 | RE: Request | 6/25/19 14:01 | 6/25/19 14:01 | Korie, Joannine [Joannine.Korie@sci entificgames.com] | Maxwell, Rick [Rick.Maxwell@s cientificgames.c om] | | Attorney Client Communications; Attorney Work Product | ☑ | ☐ | ☐ | ☐ | |
| SG015756 | SG015758 | RES Payments 2017-2019.xlsx | 6/25/19 14:01 | | | | | Attorney Client Communications; Attorney Work Product | ☑ | ☐ | ☐ | ☐ | |
| SG015759 | SG015759 | Attached Image | 7/22/19 10:08 | 7/22/19 10:08 | "Maxwell, Rick" [Rick.Maxwell@scie ntificgames.com] | Maxwell, Rick [Rick.Maxwell@s cientificgames.c om] | | Attorney Client Communications; Attorney Work Product | ☐ | ☐ | ☐ | ☑ | |
| SG015760 | SG015773 | Scan_Maxwell, Rick_07222019_3093_ 001.pdf | 7/22/19 10:08 | 7/22/19 10:08 | | | | Attorney Client Communications; Attorney Work Product | ☐ | ☐ | ☐ | ☑ | SG007753 - SG007765 |
| SG015774 | SG015774 | Attached Image | 7/22/19 10:29 | 7/22/19 10:29 | "Maxwell, Rick" [Rick.Maxwell@scie ntificgames.com] | Maxwell, Rick [Rick.Maxwell@s cientificgames.c om] | | Attorney Work Product | ☐ | ☐ | ☐ | ☑ | |
| SG015775 | SG015775 | Scan_Maxwell, Rick_07222019_3102_ 001.pdf | 7/22/19 10:29 | 7/22/19 10:29 | | | | Attorney Work Product | ☐ | ☐ | ☐ | ☑ | SG006812 - SG006812 |
| SG015776 | SG015776 | Attached Image | 7/22/19 10:13 | 7/22/19 10:13 | "Maxwell, Rick" [Rick.Maxwell@scie ntificgames.com] | Maxwell, Rick [Rick.Maxwell@s cientificgames.c om] | | Attorney Client Communications; Attorney Work Product | ☐ | ☐ | ☐ | ☑ | |
| SG015777 | SG015779 | Scan_Maxwell, Rick_07222019_3095_ 001.pdf | 7/22/19 10:13 | | | | | Attorney Client Communications; Attorney Work Product | ☐ | ☐ | ☐ | ☑ | SG007447 - SG007447; SG007448 - SG007448 |
| SG015780 | SG015780 | Attached Image | 7/22/19 10:14 | 7/22/19 10:14 | "Maxwell, Rick" [Rick.Maxwell@scie ntificgames.com] | Maxwell, Rick [Rick.Maxwell@s cientificgames.c om] | | Attorney Client Communications; Attorney Work Product | ☐ | ☐ | ☐ | ☑ | |
| SG015781 | SG015787 | Scan_Maxwell, Rick_07222019_3096_ 001.pdf | 7/22/19 10:14 | | | | | Attorney Client Communications; Attorney Work Product | ☐ | ☐ | ☐ | ☑ | SG005268 - SG005279; SG005787 - SG005796; SG007161 - SG007169; SG007170 - SG007176; SG007393 - SG007201; SG008152 - SG008182 |
| SG015788 | SG015788 | Attached Image | 7/22/19 10:21 | 7/22/19 10:21 | "Maxwell, Rick" [Rick.Maxwell@scie ntificgames.com] | Maxwell, Rick [Rick.Maxwell@s cientificgames.c om] | | Attorney Client Communications; Attorney Work Product | ☐ | ☐ | ☐ | ☑ | |
| SG015789 | SG015796 | Scan_Maxwell, Rick_07222019_3099_ 001.pdf | 7/22/19 10:21 | | | | | Attorney Client Communications; Attorney Work Product | ☐ | ☐ | ☐ | ☑ | SG007148 - SG007157 |
| SG015797 | SG015797 | Attached Image | 7/22/19 10:30 | 7/22/19 10:30 | "Maxwell, Rick" [Rick.Maxwell@scie ntificgames.com] | Maxwell, Rick [Rick.Maxwell@s cientificgames.c om] | | Attorney Client Communications; Attorney Work Product | ☐ | ☐ | ☐ | ☑ | |
| SG015798 | SG015800 | Scan_Maxwell, Rick_07222019_3103_ 001.pdf | 7/22/19 10:30 | | | | | Attorney Client Communications; Attorney Work Product | ☐ | ☐ | ☐ | ☑ | SG007062 - SG007064 |
| SG015801 | SG015801 | Attached Image | 7/22/19 10:31 | 7/22/19 10:31 | "Maxwell, Rick" [Rick.Maxwell@scie ntificgames.com] | Maxwell, Rick [Rick.Maxwell@s cientificgames.c om] | | Attorney Client Communications; Attorney Work Product | ☐ | ☐ | ☐ | ☑ | |
| SG015802 | SG015804 | Scan_Maxwell, Rick_07222019_3104_ 001.pdf | 7/22/19 10:31 | | | | | Attorney Client Communications; Attorney Work Product | ☐ | ☐ | ☐ | ☑ | SG006552 - SG006654; SG012399 - SG012403; SG012404 - SG012409; SG012410 - SG012414; SG012415 - SG012420 |

101.0001

| Bates Beg | Bates End | Unitized Title | Sort Date | Date Sent | Email From | Email To | Email CC | Privilege Designation | Fact-finding re: Legal Advice | Direct Comm'ns w/Legal | Drafts of Report | Emails to Self re: Mark Docs | Produced @ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SG015805 | SG015805 | Attached Image | 7/22/19 10:28 | 7/22/19 10:28 | "Maxwell, Rick" [Rick.Maxwell@sci entificgames.com] | Maxwell, Rick [Rick.Maxwell@s cientificgames.c om] | | Attorney Client Communications; Attorney Work Product | ☐ | ☐ | ☐ | | |
| SG015806 | SG015815 | Scan_Maxwell, Rick_07222019_3101_ 001.pdf | 7/22/19 10:28 | | | | | Attorney Client Communications; Attorney Work Product | ☐ | ☐ | ☐ | ☑ | SG007474 - SG007484 |
| SG015816 | SG015816 | Attached Image | 7/22/19 10:35 | 7/22/19 10:35 | "Maxwell, Rick" [Rick.Maxwell@sci entificgames.com] | Maxwell, Rick [Rick.Maxwell@s cientificgames.c om] | | Attorney Client Communications; Attorney Work Product | ☐ | ☐ | ☐ | ☑ | |
| SG015817 | SG015819 | Scan_Maxwell, Rick_07222019_3106_ 001.pdf | 7/22/19 10:35 | | | | | Attorney Client Communications; Attorney Work Product | ☐ | ☐ | ☐ | ☑ | SG012399 - SG012403; SG012404 - SG012409; SG012410 - SG012414; SG012415 - SG012420; SG012222; SG010224 |
| SG015820 | SG015820 | Attached Image | 7/22/19 10:34 | 7/22/19 10:34 | "Maxwell, Rick" [Rick.Maxwell@sci entificgames.com] | Maxwell, Rick [Rick.Maxwell@s cientificgames.c om] | | Attorney Work Product | ☐ | ☐ | ☐ | ☑ | |
| SG015821 | SG015832 | Scan_Maxwell, Rick_07222019_3105_ 001.pdf | 7/22/19 10:34 | | | | | Attorney Work Product | ☐ | ☐ | ☐ | ☑ | SG006552 - SG006554; SG006812 - SG006812 |
| SG015833 | SG015833 | Attached Image | 7/22/19 10:01 | 7/22/19 10:01 | "Maxwell, Rick" [Rick.Maxwell@sci entificgames.com] | Maxwell, Rick [Rick.Maxwell@s cientificgames.c om] | | Attorney Client Communications; Attorney Work Product | ☐ | ☐ | ☐ | ☑ | |
| SG015834 | SG015842 | Scan_Maxwell, Rick_07222019_3092_ 001.pdf | 7/22/19 10:01 | | | | | Attorney Client Communications; Attorney Work Product | ☐ | ☐ | ☐ | ☑ | SG007579 - SG007589; SG007753 - SG007765 |
| SG015843 | SG015843 | Attached Image | 7/22/19 10:12 | 7/22/19 10:12 | "Maxwell, Rick" [Rick.Maxwell@sci entificgames.com] | Maxwell, Rick [Rick.Maxwell@s cientificgames.c om] | | Attorney Client Communications; Attorney Work Product | ☐ | ☐ | ☐ | ☑ | |
| SG015844 | SG015854 | Scan_Maxwell, Rick_07222019_3094_ 001.pdf | 7/22/19 10:12 | | | | | Attorney Client Communications; Attorney Work Product | ☐ | ☐ | ☐ | ☑ | SG007445 - SG007445; SG007753 - SG007765; SG007579 - SG007589 |
| SG015855 | SG015855 | Attached Image | 7/22/19 10:24 | 7/22/19 10:24 | "Maxwell, Rick" [Rick.Maxwell@sci entificgames.com] | Maxwell, Rick [Rick.Maxwell@s cientificgames.c om] | | Attorney Client Communications; Attorney Work Product | ☐ | ☐ | ☐ | ☑ | |
| SG015856 | SG015867 | Scan_Maxwell, Rick_07222019_3100_ 001.pdf | 7/22/19 10:24 | | | | | Attorney Client Communications; Attorney Work Product | ☐ | ☐ | ☐ | ☑ | SG005268 - SG000579; SG000474 - SG000484; SG006152 - SG006162 |
| SG015868 | SG015868 | Attached Image | 7/22/19 10:19 | 7/22/19 10:19 | "Maxwell, Rick" [Rick.Maxwell@sci entificgames.com] | Maxwell, Rick [Rick.Maxwell@s cientificgames.c om] | | Attorney Client Communications; Attorney Work Product | ☐ | ☐ | ☐ | ☑ | |
| SG015869 | SG015876 | Scan_Maxwell, Rick_07222019_3098_ 001.pdf | 7/22/19 10:19 | | | | | Attorney Client Communications; Attorney Work Product | ☐ | ☐ | ☐ | ☑ | SG007148 - SG007157; SG007393 - SG007201 |
| SG015877 | SG015877 | Attached Image | 7/22/19 10:17 | 7/22/19 10:17 | "Maxwell, Rick" [Rick.Maxwell@sci entificgames.com] | Maxwell, Rick [Rick.Maxwell@s cientificgames.c om] | | Attorney Client Communications; Attorney Work Product | ☐ | ☐ | ☐ | ☑ | |
| SG015878 | SG015884 | Scan_Maxwell, Rick_07222019_3097_ 001.pdf | 7/22/19 10:17 | | | | | Attorney Client Communications; Attorney Work Product | ☐ | ☑ | ☐ | ☑ | SG007138 - SG007147 |
| SG015885 | SG015885 | FW: Jeri Weismer | 11/30/21 19:39 | 11/30/21 19:39 | Younkins, Paige [Paige.Younkins@sci entificgames.com] | Maxwell, Rick [Rick.Maxwell@s cientificgames.c om] | | Attorney Client Communications; Attorney Work Product | ☐ | ☐ | ☐ | ☐ | |
| SG015886 | SG015912 | Jeri Weismer_Final WW_8.2019 RTS_Rebuttal.pdf | 11/30/21 19:39 | | | | | Attorney Client Communications; Attorney Work Product | ☐ | ☐ | ☐ | ☐ | SG012862-SG012888 |

101.0002

101.0003

| Bates Beg | Bates End | Unified Title | Sort Date | Date Sent | Email From | Email To | Email CC | Privilege Designation | Fact-finding re: Legal Advice | Direct Comm'ns w/Legal | Drafts of Report | Emails to Self re: Mark Docs | Produced @ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SG015913 | SG015913 | RE: INVESTIGATIVE REPORT | 8/6/19 6:28 | 8/6/19 6:28 | Younkins, Paige [Paige.Younkins@scientificgames.com] | Maxwell, Rick [Rick.Maxwell@scientificgames.com] | | Attorney Client Communications; Attorney Work Product | ☐ | ☑ | ☐ | ☐ | |
| SG015914 | SG015922 | Investigative Summary Report.txt Wiedemer/Justin Prelim.comments.docx | 8/6/19 6:28 | | | | | Attorney Client Communications; Attorney Work Product | ☐ | ☐ | ☑ | ☐ | |
| SG015923 | SG015924 | Review | 8/4/19 17:14 | 8/4/19 17:14 | Maxwell, Rick [Rick.Maxwell@scientificgames.com] | Younkins, Paige [Paige.Younkins@scientificgames.com] | | Attorney Client Communications; Attorney Work Product | ☐ | ☑ | ☐ | ☐ | |
| SG015925 | SG015925 | INVESTIGATIVE REPORT | 8/5/19 9:44 | 8/5/19 9:44 | Maxwell, Rick [Rick.Maxwell@scientificgames.com] | Younkins, Paige [Paige.Younkins@scientificgames.com] | | Attorney Client Communications; Attorney Work Product | ☐ | ☑ | ☐ | ☐ | |
| SG015926 | SG015934 | Investigative Summary Report.txt Wiedemer/Justin Prelim.docx | 8/5/19 9:44 | | | | | Attorney Client Communications; Attorney Work Product | ☐ | ☐ | ☑ | ☐ | |
| SG015935 | SG015935 | RE: Draft Warning | 8/7/19 13:01 | 8/7/19 13:01 | Cook, Chastity [Chastity.Cook@scientificgames.com] | Younkins, Paige [Paige.Younkins@scientificgames.com]; Laidlaw, Cathryn [Cathryn.Laidlaw@scientificgames.com]; Maxwell, Rick [Rick.Maxwell@scientificgames.com] | | Attorney Client Communications; Attorney Work Product | ☐ | ☑ | ☐ | ☐ | |
| SG015936 | SG015936 | Draft Warning | 8/7/19 12:45 | 8/7/19 12:45 | Younkins, Paige [Paige.Younkins@scientificgames.com] | Cook, Chastity [Chastity.Cook@scientificgames.com]; Laidlaw, Cathryn [Cathryn.Laidlaw@scientificgames.com]; Maxwell, Rick [Rick.Maxwell@scientificgames.com] | | Attorney Client Communications; Attorney Work Product | ☐ | ☑ | ☐ | ☐ | |
| SG015937 | SG015938 | DisciplinaryAction_Wiedemer 8.7.19.doc | 8/7/19 12:45 | | | | | Attorney Client Communications; Attorney Work Product | ☐ | ☐ | ☑ | ☐ | |
| SG015939 | SG015939 | RE: Draft Warning | 8/7/19 13:14 | 8/7/19 13:14 | Younkins, Paige [Paige.Younkins@scientificgames.com] | Maxwell, Rick [Rick.Maxwell@scientificgames.com] | | Attorney Client Communications; Attorney Work Product | ☐ | ☑ | ☐ | ☐ | |
| SG015940 | SG015940 | RE: Draft Warning | 8/7/19 13:16 | 8/7/19 13:16 | Younkins, Paige [Paige.Younkins@scientificgames.com] | Cook, Chastity [Chastity.Cook@scientificgames.com]; Laidlaw, Cathryn [Cathryn.Laidlaw@scientificgames.com]; Maxwell, Rick [Rick.Maxwell@scientificgames.com] | | Attorney Client Communications; Attorney Work Product | ☐ | ☑ | ☐ | ☐ | |
| SG015941 | SG015942 | DisciplinaryAction_Wiedemer 8.7.19.doc | 8/7/19 13:16 | | | | | Attorney Client Communications; Attorney Work Product | ☐ | ☐ | ☑ | ☐ | |

101.0004

| Bates Beg | Bates End | Unified Title | Sort Date | Date Sent | Email From | Email To | Email CC | Privilege Designation | Fact-finding re: Legal Advice | Direct Comm'ns w/Legal | Drafts of Report | Emails to Self re: Mark Docs | Produced @ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SC015943 | SC015944 | Re: Attached Image | 7/24/19 8:02 | 7/24/19 8:02 | Maxwell, Rick [Rick.Maxwell@scie ntificgames.com] | Lai, Cathryn [Cathryn.Lai@sci entificgames.co m]Moberly, Derik [Derik.Moberly @scientificgame s.com] | | Attorney Client Communication; Attorney Work Product | ☑ | ☐ | ☐ | ☐ | |
| SC015944 | | Re: Attached Image | | | Maxwell, Rick [Rick.Maxwell@scie ntificgames.com] | Maxwell, Rick [Rick.Maxwell@s cientificgames.c om]Moberly, Derik [Derik.Moberly @scientificgame s.com] | | | | | | ☑ | |
| SC015945 | SC015946 | Re: Attached Image | 7/24/19 7:16 | 7/24/19 7:16 | Lai, Cathryn [Cathryn.Lai@scientif icgames.com] | Lai, Cathryn [Cathryn.Lai@sci entificgames.co m] | Moberly, Derik [Derik.Moberly@ scientificgames.c om]Youkim, Paige [Paige.Youkim@s cientificgames.co m] | Attorney Client Communication; Attorney Work Product | ☑ | ☐ | ☐ | ☐ | |
| SC015947 | SC015948 | Re: Meeting | 8/2/19 10:26 | 8/2/19 10:26 | Maxwell, Rick [Rick.Maxwell@scie ntificgames.com] | Lai, Cathryn [Cathryn.Lai@sci entificgames.co m] | | Attorney Client Communication; Attorney Work Product | ☐ | ☐ | ☐ | ☑ | |
| SC015949 | SC015949 | Report | 8/2/19 8:22 | 8/2/19 8:22 | Maxwell, Rick [Rick.Maxwell@scie ntificgames.com] | Maxwell, Rick [Rick.Maxwell@s cientificgames.c om] | | Attorney Client Communication; Attorney Work Product | ☐ | ☐ | ☐ | ☐ | |
| SC015950 | SC015954 | Investigative Summary Report Jeri Wiedemer Justin Palm.docx | 8/2/19 8:22 | | | | | Attorney Client Communication; Attorney Work Product | ☐ | ☐ | ☐ | ☐ | |
| SC015955 | SC015955 | Final report on Jeri Wiedemer | 8/6/19 11:02 | 8/6/19 11:02 | Maxwell, Rick [Rick.Maxwell@scie ntificgames.com] | Cook, Chastity [Chastity.Cook@ scientificgames.c om] | | Attorney Client Communication; Attorney Work Product | ☑ | ☐ | ☐ | ☐ | |
| SC015956 | SC015964 | Investigative Summary Report Jeri Wiedemer Justin Palm v2.docx | 8/6/19 11:02 | | | | | Attorney Client Communication; Attorney Work Product | ☐ | ☐ | ☐ | ☐ | |
| SC015965 | SC015965 | Final report | 8/6/19 7:51 | 8/6/19 7:51 | Maxwell, Rick [Rick.Maxwell@scie ntificgames.com] | Youkim, Paige [Paige.Youkim@ scientificgames.c om] | | Attorney Client Communication; Attorney Work Product | ☐ | ☑ | ☐ | ☐ | |
| SC015966 | SC015974 | Investigative Summary Report Jeri Wiedemer Justin Palm v2.docx | 8/6/19 7:51 | | | | | Attorney Client Communication; Attorney Work Product | ☐ | ☐ | ☑ | ☐ | |
| SC015975 | SC015975 | Investigative Report on Jeri Wiedemer | 8/6/19 8:21 | 8/6/19 8:21 | Maxwell, Rick [Rick.Maxwell@scie ntificgames.com] | Richardson, Stephen [Stephen.Richard son@scientificga mes.com] | | Attorney Client Communication; Attorney Work Product | ☑ | ☐ | ☑ | ☐ | |
| SC015976 | SC015984 | Investigative Summary Report Jeri Wiedemer Justin Palm v3.docx | 8/6/19 8:21 | | | | | Attorney Client Communication; Attorney Work Product | ☐ | ☐ | ☑ | ☐ | |
| SC015985 | SC015985 | Talking points | 8/6/19 7:49 | 8/6/19 7:49 | Maxwell, Rick [Rick.Maxwell@scie ntificgames.com] | Lai, Cathryn [Cathryn.Lai@sci entificgames.co m] | | Attorney Client Communication; Attorney Work Product | ☑ | ☐ | ☑ | ☐ | |
| SC015986 | SC015990 | Re: Disciplinary Letter Discussion | 8/21/19 11:57 | 8/21/19 11:57 | Maxwell, Rick [Rick.Maxwell@scie ntificgames.com] | Youkim, Paige [Paige.Youkim@ scientificgames.c om] | | Attorney Client Communication; Attorney Work Product | ☐ | ☑ | ☑ | ☐ | |

| Bates Beg | Bates End | Unified Title | Sort Date | Date Sent | Email From | Email To | Email CC | Privilege Designation | Fact-finding re: Legal Advice | Direct Comm'ns w/Legal | Drafts of Report | Emails to Self re: Docs | Mark | Produced @ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SG015991 | SG015994 | FW: Disciplinary Letter Discussion | 8/21/19 10:56 | 8/21/19 10:56 | Younkins, Paige [Paige.Younkins@sci entificgames.com] | Maxwell, Rick [Rick.Maxwell@sci entificgames.c om] | | Attorney Client Communications; Attorney Work Product | ☐ | ☐ | ☐ | ☐ | | |
| SG015995 | SG016017 | Communication with RES.PDF | 8/21/19 10:56 | | Jeanna King | | | Attorney Client Communications; Attorney Work Product | ☐ | ☐ | ☐ | ☑ | | SG006575 – SG006597 |
| SG016018 | SG016018 | IMG_0302(003).jpg | 8/21/19 10:56 | | | | | Attorney Client Communications; Attorney Work Product | ☐ | ☐ | ☐ | ☐ | | SG012362 – SG012388 |
| SG016019 | SG016019 | FW: Attached Image | 7/22/19 13:48 | 7/22/19 13:48 | Maxwell, Rick [Rick.Maxwell@sci entificgames.com] | Lai, Cathryn [Cathryn.Lai@sci entificgames.co m] | | Attorney Client Communications; Attorney Work Product | ☑ | ☐ | ☐ | ☐ | | |
| SG016020 | SG016040 | Scan_Maxwell, Rick_07222019_3109_001.pdf | 7/22/19 13:48 | | | | | Attorney Client Communications; Attorney Work Product | ☐ | ☐ | ☐ | ☐ | | SG030713-SG030719 |
| SG016041 | SG016041 | Attached Image | 7/22/19 13:48 | 7/22/19 10:01 | Maxwell, Rick [Rick.Maxwell@sci entificgames.com] | Maxwell, Rick [Rick.Maxwell@sci entificgames.c om] | | Attorney Client Communications; Attorney Work Product | ☐ | ☐ | ☐ | ☑ | | |
| SG016042 | SG016050 | Scan_Maxwell, Rick_07222019_3092_001.pdf | 7/22/19 13:48 | | | | | Attorney Client Communications; Attorney Work Product | ☐ | ☐ | ☐ | ☑ | | SG007579 – SG007589; SG007753 - SG007765 |
| SG016051 | SG016061 | Scan_Maxwell, Rick_07222019_3094_001(2).pdf | 7/22/19 13:48 | | | | | Attorney Client Communications; Attorney Work Product | ☐ | ☐ | ☐ | ☑ | | SG007445 - SG007445; SG007753 - SG007765; SG007579 - SG007589 |
| SG016062 | SG016064 | Scan_Maxwell, Rick_07222019_3103_001(2).pdf | 7/22/19 13:48 | | | | | Attorney Client Communications; Attorney Work Product | ☐ | ☐ | ☐ | ☑ | | SG007062 -SG007064 |
| SG016065 | SG016067 | RE: Comments | 8/13/19 6:24 | 8/13/19 6:24 | Younkins, Paige [Paige.Younkins@sci entificgames.com] | Cook, Chasity [Chasity.Cook@sci entificgames.c om]Maxwell, Rick [Rick.Maxwell@sci entificgames.c om] | | Attorney Client Communications; Attorney Work Product | ☐ | ☑ | ☐ | ☐ | | |
| SG016068 | SG016069 | FW: Comments | 8/12/19 15:06 | 8/12/19 15:06 | Cook, Chasity [Chasity.Cook@sci entificgames.com] | Younkins, Paige [Paige.Younkins@sci entificgames.c om]Maxwell, Rick [Rick.Maxwell@sci entificgames.c om] | | Attorney Client Communications; Attorney Work Product | ☐ | ☑ | ☐ | ☐ | | |
| SG016070 | SG016071 | Disciplinary Action_Widener 8.7.19.doc | 8/12/19 15:06 | | | Konis, Jeanine [Jeanine.Konis @scientificgame s.com] | | Attorney Client Communications; Attorney Work Product | ☐ | ☐ | ☑ | ☐ | | |
| SG016072 | SG016074 | Re: Request | 7/2/19 13:43 | 7/2/19 13:43 | Maxwell, Rick [Rick.Maxwell@sci entificgames.com] | Kone, Jeanine [Jeanine Konie @scientificgame s.com] | | Attorney Client Communications; Attorney Work Product | ☑ | ☐ | ☐ | ☐ | | |

101.0005