Chad W. Flansburg, Esq., (admitted *Pro Hac Vice*)
CFlansburg@phillipslytle.com
**PHILLIPS LYTLE LLP**
100 S Clinton Avenue
Suite 2900
Rochester, NY 14604-1846
Telephone: (585) 238-2009
Facsimile: (585) 232-3141
e-mail: cflansburg@phillipslytle.com

*Attorneys for Plaintiff-Counterdefendants RES Exhibit Services, LLC*
*and Counterdefendants James Leonardo and Robert Reyes*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| RES EXHIBIT SERVICES, LLC, a New York limited liability company;<br><br>        Plaintiff,<br><br>vs.<br><br>LNW GAMING, INC. f/k/a SG GAMING, INC. f/k/a BALLY GAMING, INC., a Nevada Corporation,<br><br>        Defendant. | CASE NO.: 2:21-cv-01953-APG-EJY<br><br>**STIPULATION AND [PROPOSED] ORDER TO SET BRIEFING SCHEDULE** |
| LNW GAMING, INC. f/k/a/ SG GAMING, INC. f/k/a/ BALLY GAMING, INC., a Nevada corporation;<br><br>        Counterclaimant,<br><br>vs.<br><br>RES EXHIBIT SERVICES, LLC; a New York limited liability company; JAMES LEONARDO, an individual; JERI WIEDEMER, an individual; and ROBERT REYES, an individual,<br><br>        Counterdefendants. | |

PHILLIPS LYTLE LLP

Pursuant to LR IA 6-1, Plaintiff-Counterdefendant RES Exhibit Services, LLC ("RES"), Counterdefendant James Leonardo ("Mr. Leonardo"), Counterdefendant Robert Reyes ("Mr. Reyes"), Counterdefendant Jeri Wiedemer ("Ms. Wiedemer"), and Defendant-Counterclaimant LNW Gaming, Inc. f/k/a SG Gaming, Inc. f/k/a Bally Gaming, Inc. ("LNW Gaming")(collectively, the "Parties"), by and through their undersigned counsel of record, stipulate and respectfully request the Court to enter the following schedule for briefing of all Motions for Summary Judgment filed by the Parties on April 24, 2026:

**THEREFORE, IT IS STIPULATED and AGREED,**

1.      Any opposition to the motions for summary judgment shall be served on or before June 25, 2026; and

2.      Any reply papers in further support of the motions for summary judgment shall be served on or before July 26, 2026.

| | |
|---|---|
| Dated this 15th day of April, 2026.<br>CAMPBELL & WILLIAMS | Dated this 15th day of April, 2026.<br>PHILLIPS LYTLE LLP |
| By: /s/ Philip R. Erwin<br>PHILIP R. ERWIN, ESQ. (11563)<br>SAMUEL R. MIRKOVICH (11662)<br>ARIANA N. REED (15310)<br>710 South Seventh Street, Suite A<br>Las Vegas, Nevada 89101 | By: /s/ Chad W. Flansburg<br>CHAD W. FLANSBURG, ESQ.<br>NICHOLAS P. FEDORKA, ESQ.<br>100 South Clinton Avenue, Suite 2900<br>Rochester, New York 14604 |
| *Attorneys for Defendant-Counterclaimant LNW Gaming f/k/a SG Gaming, Inc. f/k/a Bally Gaming, Inc.* | -and-<br><br>ANTHONY J. DIRAIMONDO, ESQ. (10875)<br>RICE REUTHER SULLIVAN & CAROLL, LLP<br>3800 Howard Hughes Parkway, Suite 1200<br>Las Vegas, Nevada 89169<br><br>*Attorneys for Plaintiff-Counterdefendant RES Exhibit Services, LLC and Counterdefendants James Leonardo and Robert Reyes* |

PHILLIPS LYTLE LLP

1

PHILLIPS LYTLE LLP

Dated this 15th day of April, 2026.
VC2 LAW

By: /s/ Michael C. Van
MICHAEL C. VAN, ESQ.
GARRETT R. CHASE, ESQ.
JOSHUA J. FLOTH, ESQ.
8985 S. Eastern Ave., Suite 100
Las Vegas, Nevada 89123

*Attorneys for Counterdefendant Jeri
Wiedemer*

**IT IS SO ORDERED.**

_____
U.S. MAGISTRATE JUDGE

DATED: ___April 16, 2026___

Doc #6442764

2