Chad W. Flansburg, Esq., (admitted *Pro Hac Vice*)
CFlansburg@phillipslytle.com
**PHILLIPS LYTLE LLP**
100 S Clinton Avenue
Suite 2900
Rochester, NY 14604-1846
Telephone: (585) 238-2009
Facsimile: (585) 232-3141
e-mail: cflansburg@phillipslytle.com

*Attorneys for Plaintiff-Counterdefendants RES Exhibit Services, LLC
and Counterdefendants James Leonardo and Robert Reyes*

**UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA**

| | |
|---|---|
| RES EXHIBIT SERVICES, LLC, a New York limited liability company;<br><br>    Plaintiff,<br><br>vs.<br><br>LNW GAMING, INC. f/k/a SG GAMING, INC. f/k/a BALLY GAMING, INC., a Nevada Corporation,<br><br>    Defendant. | CASE NO.: 2:21-cv-01953-APG-EJY<br><br>**STIPULATION AND [PROPOSED] ORDER TO SET AMENDED BRIEFING SCHEDULE** |
| LNW GAMING, INC. f/k/a/ SG GAMING, INC. f/k/a/ BALLY GAMING, INC., a Nevada corporation;<br><br>    Counterclaimant,<br>vs.<br><br>RES EXHIBIT SERVICES, LLC; a New York limited liability company; JAMES LEONARDO, an individual; JERI WIEDEMER, an individual; and ROBERT REYES, an individual,<br><br>    Counterdefendants. | |

PHILLIPS LYTLE LLP

Pursuant to LR IA 6-1, Plaintiff-Counterdefendant RES Exhibit Services, LLC ("RES"), Counterdefendant James Leonardo ("Mr. Leonardo"), Counterdefendant Robert Reyes ("Mr. Reyes")(collectively, "RES Parties"), Counterdefendant Jeri Wiedemer ("Ms. Wiedemer"), and Defendant-Counterclaimant LNW Gaming, Inc. f/k/a SG Gaming, Inc. f/k/a Bally Gaming, Inc. ("LNW Gaming") (RES Parties, Ms. Wiedemer, and LNW Gaming collectively referred to herein as the "Parties"), by and through their undersigned counsel of record, stipulate and respectfully request that the Court amended the briefing schedule previously So Ordered on or about April 16, 2026 (ECF No. 220).

Since that time, the Parties have filed their motions for summary judgment and their respective oppositions. In addition, Defendant LNW Gaming, in conjunction with its opposition papers, filed (1) a Motion to Exclude the Expert Report of Kimberly Kee (ECF Nos. 260–262), and (2) a Motion to Strike (ECF Nos. 263–267). These additional motions create overlapping briefing obligations under the current schedule.

Accordingly, the Parties have agreed to amend the existing briefing schedule to allow for orderly and efficient briefing of LNW Gaming's additional motions and the Parties' reply papers in further support of their respective motions for summary judgment.

**THEREFORE, IT IS STIPULATED and AGREED,**

1.     The RES Parties' and Ms. Wiedemer's oppositions to LNW Gaming's Motion to Exclude the Expert Report of Kimberly Kee (ECF Nos. 260–262) and Motion to Strike (ECF Nos. 263–267), as well as the Parties' reply papers in further support of their respective motions for summary judgment, shall be served on or before August 21, 2026; and

2.     LNW Gaming's reply papers in further support of its Motion to Exclude the Expert Report of Kimberly Kee (ECF Nos. 260–262) and Motion to Strike (ECF Nos. 263–267) shall be served on or before September 18, 2026.

PHILLIPS LYTLE LLP

1

PHILLIPS LYTLE LLP

Dated this 1st day of July, 2026.
CAMPBELL & WILLIAMS

By: /s/ Philip R. Erwin
PHILIP R. ERWIN, ESQ. (11563)
SAMUEL R. MIRKOVICH (11662)
ARIANA N. REED (15310)
710 South Seventh Street, Suite A
Las Vegas, Nevada 89101

*Attorneys for Defendant-Counterclaimant
LNW Gaming f/k/a SG Gaming, Inc. f/k/a
Bally Gaming, Inc.*

Dated this 1st day of July, 2026.
PHILLIPS LYTLE LLP

By: /s/ Chad W. Flansburg
CHAD W. FLANSBURG, ESQ.
NICHOLAS P. FEDORKA, ESQ.
100 South Clinton Avenue, Suite 2900
Rochester, New York 14604

-and-

ANTHONY J. DIRAIMONDO, ESQ.
(10875)
RICE REUTHER SULLIVAN &
CAROLL, LLP
3800 Howard Hughes Parkway, Suite 1200
Las Vegas, Nevada 89169

*Attorneys for Plaintiff-Counterdefendant
RES Exhibit Services, LLC and
Counterdefendants James Leonardo
and Robert Reyes*

Dated this 1st day of July, 2026.
VC2 LAW

By: /s/ Michael C. Van
MICHAEL C. VAN, ESQ.
GARRETT R. CHASE, ESQ.
JOSHUA J. FLOTH, ESQ.
8985 S. Eastern Ave., Suite 100
Las Vegas, Nevada 89123

*Attorneys for Counterdefendant Jeri Wiedemer*

**IT IS SO ORDERED.**

_____
U.S. MAGISTRATE JUDGE

DATED: _____July 2, 2026_____

Doc #6610822

2